IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KARL KREIER,

      Petitioner,                                            ORDER

v.

                                                      Case No.  23-cv-246-jdp

R.D. KEYES,

      Respondent.

---

On April 21, 2023, I entered an order giving petitioner Karl Kreier until May 12, 2023, to either pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing in this case.  Dkt. 2. Petitioner has not submitted the $5 filing fee or a motion for leave to proceed without prepayment of the filing fee by the May 12 deadline. However, on May 15, petitioner submitted a motion for appointment of counsel. Dkt. 3. The court cannot consider petitioner's motion or habeas petition until petitioner either submits the $5 filing fee or a motion for leave to proceed without prepayment along with a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately October 20, 2022 through the date of the petition, April 20, 2023.

ORDER

IT IS ORDERED:

1. Petitioner Karl Kreier may have an extension of time until June 9, 2023, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment on or before June 9, 2023, I will assume that petitioner wishes to withdraw this petition.

Entered this 19th day of May, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge